Jaimie Mak (SBN 236505)
535 Mission Street
San Francisco, CA 94105
T: (415) 259-5688
jmak@richmanlawpolicy.com

*Attorney for Plaintiff Amanda Schwartz*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA SCHWARTZ,<br>Plaintiff,<br>v.<br>CAMELBAK PRODUCTS, LLC, et al.,<br>Defendants. | CASE NO. 3-25-CV-00656-MMC<br>**NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br>Complaint Filed: May 17, 2025 |

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff in the above-captioned matter voluntarily dismisses with prejudice the entire case against all named Defendants, with all sides to bear its own costs and fees.

Dated: May 26, 2026

Respectfully Submitted,

**RICHMAN LAW & POLICY**

*/s/ Jaimie Mak*
Jaimie Mak (SBN 236505)
535 Mission Street
San Francisco, CA 94105
T: (415) 259-5688
jmak@richmanlawpolicy.com

*Attorney for Plaintiff Amanda Schwartz*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Jaimie Mak, attest that concurrence in the filing of this document has been obtained.

Dated: May 26, 2025

*<u>/s/ Jaimie Mak</u>*
Jaimie Mak